AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Vanessa Penny ) | Case No: 5:02CR50068-001 |
| ) | USM No: 06368-010 |
| Date of Previous Judgment: 07/01/2003 ) | Jack Schisler |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **87** months **is reduced to** **70\***.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 27                    Amended Offense Level: 25
Criminal History Category: III                 Criminal History Category: III
Previous Guideline Range: 87 to 108 months     Amended Guideline Range: 70 to 87 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 0 9 2008

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

### III. ADDITIONAL COMMENTS
\*If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "time served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as provided above, all provisions of the judgment dated **07/01/2003** shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 5/9/08

Judge's signature

Effective Date: _____        Jimm Larry Hendren, Chief U.S. District Judge
(if different from order date)            Printed name and title